9-21-99

FILED

SEP 21 1999

LARRY W. PROPES, CLERK
COLUMBIA, S. C.

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| John W. Cabe, Reverend;<br>His Way International Ministries;<br>River Side Independent Baptist Church; and<br>JRS Ministries,<br><br>Plaintiffs,<br><br>vs.<br><br>Dean Eichelberger, Assistant United States Attorney;<br>United States Attorneys Office for the District of South Carolina;<br>J. René Josey, United States Attorney;<br>Mary Gordon Baker, Assistant United States Attorney;<br>United States Department of Justice;<br>Bryan L. Stafford, Director of United States Secret Service;<br>United States Secret Service;<br>Michael C. Stenger;<br>Leonard V. Koperna;<br>Paul Lee;<br>Kelly Jackson;<br>Joseph R. McCrorey, United States Magistrate Judge;<br>United States District Court for the District of South Carolina;<br>Dana A. Brown;<br>Gregory J. Regan;<br>Kevin T. Foley;<br>John W. Shockley; and<br>"As yet unknown officers, employees and agents who Participate in the R.I.C.O. enterprise of the United States Government to be named later[,]"<br><br>Defendants. | **C/A No. 3:99-3105-19BD**<br><br>**ORDER** |

The above-captioned case, which is styled as RICO action, was filed in the Clerk's Office in Greenville on September 14, 1999. Plaintiff John W. Cabe paid the filing fee.

*See* Receipt No. 600 7725 (DSC). Since plaintiff Cabe has a prior case in this court, the case was assigned to the undersigned United States Magistrate Judge and to the Honorable Dennis W. Shedd, United States District Judge. *See* Local Civil Rule 73.03(C)(7).

The claims raised by the plaintiffs in this case were raised in a prior case in this district. *See* John W. Cabe, *et al.* v. Leonard V. Koperna, *et al.*, Civil Action No. 3:98-3698-19BD. In an order filed in Civil Action No. 3:98-3698-19BD on July 23, 1999, Judge Shedd granted the defendants' motion to dismiss. The plaintiff filed a Notice of Appeal, and the pending appeal has been assigned Fourth Circuit Docket No. 99-2162.

This court may take judicial notice of Civil Action No. 3:98-3698-19BD. Aloe Creme Laboratories, Inc. v. Francine Co., 425 F.2d 1295 (5th Cir. 1970). Since the above-captioned case raises claims also at issue in Civil Action No. 3:98-3698-19BD, a resolution of the appeal in Civil Action No. 3:98-3698-19BD is necessary for a disposition of this latest case. *Cf.* Aloe Creme Laboratories, Inc. v. Francine Co., where the Court noted:

> The District Court clearly had the right to take notice of its own files and records and it had no duty to grind the same corn a second time. Once was sufficient.

Aloe Creme Laboratories, Inc. v. Francine Co., supra, 425 F.2d at 1296. *See also* United States v. Parker, 956 F.2d 169, 171, 1992 U.S.App. LEXIS® 1319 (8th Cir. 1992).

**Accordingly, the above-captioned case (Civil Action No. 3:99-3105-19BD) is, hereby, stayed until the pending appeal in Civil Action No. 3:98-3698-19BD (Fourth Circuit Docket No. 99-2162) is decided or the judgment in Civil Action No. 3:98-3698-19BD otherwise becomes final.** ***Hence, in the meantime, no process shall be issued in the above-captioned case.***

Plaintiff Cabe is a *pro se* litigant. Plaintiff Cabe's attention is directed to the following important notice:

TO THE PLAINTIFF/PETITIONER:

You are ordered to always keep the Clerk of Court advised **in writing** **(1845 Assembly Street, Columbia, South Carolina 29201)** if your address changes for any reason, so as to assure that orders or other matters that specify deadlines for you to meet will be received by you. If as a result of your failure to comply with this order, you fail to file something you are required to file within a deadline set by a District Judge or a Magistrate Judge, your case may be dismissed for violating this order. Therefore, if you have a change of address before this case is ended, you must comply with this order by immediately advising the Clerk of Court in writing of such change of address ***and providing the Court with the docket number of all pending cases you have filed with this Court.*** Your failure to do so will not be excused by the court.

Put this order with your own record of this case so that you will not overlook your duty. If an attorney serves you by mail on behalf of a defendant or a respondent, you also have a duty to notify that attorney if your address is to be changed for mail purposes.

The plaintiff is, hereby, informed that if his address changes in the future, he must provide *his* own address. Hence, the Office of the Clerk of Court shall not enter any change of address submitted by the plaintiff which directs that mail be sent to a person other than the plaintiff (unless, of course, that person is an attorney admitted to practice before this court who has entered a formal appearance).

(Standard change of address order, which is to be issued in all *pro se* cases). For the plaintiff Cabe's future reference, if plaintiff Cabe wants copies (of items that he files with

RM p3

the Clerk's Office) returned to him, he (plaintiff Cabe) must provide the copies and a self-addressed envelope with sufficient postage attached to the envelope.

IT IS SO ORDERED.

September 21, 1999
*(Date)*
Columbia, South Carolina

Bristow Marchant
United States Magistrate Judge



p4